**U. S. Department of Justice**



United States Attorney
Northern District of Illinois

| | | |
|---|---|---|
| Diane MacArthur<br>Assistant United States Attorney | Dirksen Federal Building<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois 60604 | Direct Line: (312) 353-5352<br>Fax: (312) 353-4322 |

**BY HAND DELIVERY**

July 26, 2010

Honorable James F. Holderman
Chief Judge
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

    **Re:**   *United States v. Clacy Watson Herrera*, **No. 01 CR 1098-1**

Dear Chief Judge Holderman:

    This is to advise the Court that the Solicitor General has authorized the filing of a mandamus petition in the above-referenced matter. We expect to file the mandamus petition this afternoon.

                                  Very truly yours,

                                  **PATRICK J. FITZGERALD**
                                  United States Attorney

            By:    *[signature]*
                                  **DIANE MacARTHUR**
                                  Assistant U.S. Attorney
                                  219 South Dearborn Street
                                  Chicago, Illinois 60604

cc:    Gabriel A. Fuentes, Esq.
        Katherine Neff Welsh, Esq.