# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 28, 2010

Before

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

```
IN RE: UNITED STATES OF AMERICA,   ] Petition for Writ of
        Petitioner.                ] Mandamus from the Northern
                                   ] District of Illinois,
No. 10-2766                        ] Eastern Division.
                                   ]
                                   ] No. 1:01-cr-01098-1
                                   ]
                                   ] James F. Holderman,
                                   ]      Chief Judge.
```

Rule 25(a)(2) of the criminal rules provides that in cases in which the original trial judge is disabled, the judge who replaces him must certify his familiarity with the trial record before proceeding. Although the rule speaks only of "death, sickness, or other disability," and does not mention other reasons why a judge might cease to preside over a case during trial, it defines a practice that should be followed whatever the reason. Therefore we direct that the new judge before proceeding with the trial certify his familiarity with the trial record.