## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 1098 - 1 | **DATE** | 7/29/2010 |
| **CASE TITLE** | USA vs. Clacy Watson Herrera | | |

**DOCKET ENTRY TEXT**

Call from juror. A juror called this morning at approximately 8:30 a.m. and said that he was a juror on the Herrera trial that had been "recessed". The juror was calling to find out the status of the trial, if there had been a mistrial declared, and whether he was going to be called back to continue his service as a juror on this trial. Judge Holderman's courtroom deputy called the juror and left a message that Chief Judge Holderman was no longer the judge presiding over the trial. The juror was also informed that no new trial judge has been assigned, that there is no further information to tell the juror at this time, and that someone from the court will notify him when there is more information.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|